**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUSAN WASHINGTON,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:05-cv-1456-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER TO SHOW CAUSE

This cause came on for consideration by the Court *sua sponte*. The deadline for Plaintiff Susan Washington to file a memorandum of law in support of her position was April 28, 2006. *See* Doc. Nos. 10, 14. As of the writing of this Order to Show Cause, Washington had not filed a memorandum of law in support of her position.

Hence, it is **ORDERED** that Washington shall show cause in writing filed on or before May 24, 2006, as to why this matter should not be dismissed for failure to prosecute pursuant to Middle District of Florida Local Rule 3.10. Washington's response shall be accompanied by the memorandum of law she is required to file in this matter. *See* Doc. No. 10. Failure to respond and file a memorandum of law as required by this Order to Show Cause will result in dismissal of this case without further notice.

It is further **ORDERED** that counsel for Washington shall forthwith personally notify Washington of the contents of this Order to Show Cause.

**DONE** and **ORDERED** in Orlando, Florida this 17th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties