**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUSAN WASHINGTON,**

        **Plaintiff,**

-vs-                                               **Case No. 6:05-cv-1456-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER OF DISMISSAL

This cause came on for consideration by the Court *sua sponte*. On September 29, 2005, Plaintiff Susan Washington filed a Complaint seeking review of the final decision of the Commissioner of Social Security denying her claim for social security disability benefits. Doc. No. 1. On February 22, 2006, I entered a Scheduling Order in this matter. Doc. No. 10. Pursuant to the Scheduling Order, the deadline for Washington to file a memorandum of law in support of her position was April 21, 2006. *Id.* Thereafter, I extended the deadline for Washington to file her memorandum of law to April 28, 2006. Doc. No. 14. Washington failed to file a memorandum of law in support of her position by this deadline.

Accordingly, I ordered Washington to show cause in writing on or before May 24, 2006, as to why this matter should not be dismissed for failure to prosecute. I further ordered Washington to submit her memorandum of law along with her response to the Order to Show Cause and I specifically warned Washington that "[f]ailure to respond and file a memorandum of law as required by th[e] Order to Show Cause w[ould] result in dismissal of this case without further notice." Doc. No. 15 at

1. As of the writing of this Order, Washington had not responded to the Order to Show Cause and the time for doing so has passed.

Therefore, it is **ORDERED** that this case is hereby **DISMISSED** without prejudice for failure to prosecute. It is further **ORDERED** that counsel for Washington shall forthwith personally notify Washington of the contents of this Order of Dismissal.

**DONE** and **ORDERED** in Orlando, Florida this 25th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties